UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 28   PM 3: 56

BY _____
DEPUTY CLERK

In Re:  Shawn T. Tao, Esq.               Misc. No. 5:22-mc-19

ORDER

On February 9, 2022, the above-named individual was transferred to interim suspension from the practice of law in the State of Vermont by the Vermont Supreme Court.

Pursuant to Rule 5(d) of Attorney Disciplinary Rules for the United States District Court for the District of Vermont and in conformity with the Vermont Supreme Court, it is hereby ORDERED that said SHAWN T. TAO is placed on immediate interim suspension from the practice of law before this court.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 28th day of March, 2022.

_____
Geoffrey W. Crawford
U.S. District Chief Judge